STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defenders
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Attorney for Defendant CLEMONS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERMAN CLEMONS<br><br>    Defendant. | No. CR-09-1211 WHA<br><br>[**PROPOSED**] **ORDER TERMINATING SUPERVISED RELEASE**<br><br>The Honorable William Alsup |

For the reasons stated at today's hearing, defendant Sherman Clemon's supervised release term is hereby TERMINATED effective today, December 8, 2015.

**IT IS SO ORDERED**.

DATED: December 11, 2015.

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE